ANNIE J. PARSHALL, as Administratrix, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued October 25, 1893; decided November 28, 1893.)

APPEAL from judgment of the General Term of the ·Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*W. F. O'Neill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.